[Belknap, December, 1890.]

### EASTMAN & a. v. JEWETT.

### GREENOUGH & a. v. JEWETT.

PETITIONS, for writs of *mandamus*, requiring the defendant to place the names of the plaintiffs and others upon the roll of the house of representatives of 1891, for its organization. The petitions were filed and heard with the bill in equity, *Bingham* v. *Jewett*, *ante*, *p.* 382, and were dismissed with the bill on the ground stated in the report of that .case.